UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARILYN CATALDI, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | Case # 2:10-CV-2208-PMP-GWF |
| | ) | |
| LOUIS H. SIRACUSANO, | ) | |
| | ) | |
| | ) | ORDER REFERRING CASE FOR |
| Defendant(s). | ) | SETTLEMENT CONFERENCE |
| | ) | |

This case is currently stacked on the calendar on **Tuesday, November 20, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 3rd day of May, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE